UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tommy Bell            Plaintiff,        ) CV 08 No. _1493_
                                        )
        vs.                             ) PRISONER'S
                                        ) APPLICATION TO PROCEED  CW
                                        ) IN FORMA PAUPERIS        (PR
Robert A. Horel      Defendant.         )

I, _Tommy Bell_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Never had a Job_____
5  _____
6  _____
7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No ✓
10             self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16      e.    Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1
2    b.    List the persons other than your spouse who are dependent upon you for
3          support and indicate how much you contribute toward their support. (NOTE:
4          For minor children, list only their initials and ages. DO NOT INCLUDE
          THEIR NAMES.).

5    _____
6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No ✓
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ___ No ✓
10   Make _____ Year _____ Model _____
11   Is it financed? Yes _____ No _____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✓ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✓
20   _____

21   8.    What are your monthly expenses?
22   Rent: $ _____    Utilities: _____
23   Food: $ _____    Clothing: _____
24   Charge Accounts:

25   Name of Account          Monthly Payment         Total Owed on This Acct.
26   _____    $ _____    $ _____
27   _____    $ _____    $ _____
28   _____    $ _____    $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

Restitution - Amount $859.00 payable to courts
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-16-2008                               /s/ Tammy Bell
DATE                                    SIGNATURE OF APPLICANT

Case Number: H38279A

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Tommy Bell_ for the last six months
[prisoner name]
_Pelican Bay State Prison_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_0_.

Dated:_____                    _____
                                       [Authorized officer of the institution]

Case Number: 1493

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Tommy Bell V09957</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $0.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $0.00.      (20%= $0.00)

Dated: 4/11/08                                    <u>CWallace</u>
                                                  Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Kleppin_
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU APR. 11, 2008

ACCOUNT NUMBER : V09957                      BED/CELL NUMBER: AF04U 000000226U
ACCOUNT NAME   : BELL, TOMMY                          ACCOUNT TYPE: I
PRIVILEGE GROUP: B

## TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

Tommy Bell V-09957
Pelican Bay State Prison
P.O. Box 7500 (A-4-226)
Crescent City CA 95531

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532