IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMMY BELL,

      Petitioner,

   v.

BOB HOREL, Warden,

      Respondent.

_____/

No. C 08-01493 CW (PR)

ORDER LIFTING STAY AND
DIRECTING RESPONDENT TO SHOW
CAUSE WHY THE WRIT SHOULD NOT
BE GRANTED

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 21, 2008, the Court ordered Respondent to show cause why the petition should not be granted, or to file a dispositive motion if appropriate.  On January 6, 2009, Respondent filed a motion to dismiss the petition as not fully exhausted.  Petitioner filed a request for a stay of proceedings while he returned to state court to exhaust his administrative remedies.[1]

    On January 28, 2009, the Court denied Respondent's motion to dismiss and granted Petitioner's request for a stay.

    On June 10, 2009, Petitioner informed the Court that his state proceedings had concluded, and he filed his first amended habeas petition containing his exhausted claims.  He notes that the California Supreme Court denied his state habeas petition on May 13, 2009.

    Before the Court is Petitioner's implied motion for leave to file his first amended petition.

_____

[1] Petitioner's motion to stay was filed as part of the appendix to his petition. (Pet. at 27.)

United States District Court
For the Northern District of California

1    Good cause appearing, the Court lifts the stay and GRANTS

2    Petitioner leave to file his first amended petition.  The Clerk of

3    the Court is directed to mark Petitioner's first amended petition

4    as filed on June 10, 2009, the date it was received.

5    The Clerk of the Court shall REOPEN this case and serve a copy

6    of this Order and the first amended petition and all attachments

7    thereto upon Respondent and Respondent's attorney, the Attorney

8    General of the State of California.  The Clerk shall also serve a

9    copy of this Order on Petitioner at his most current address.

10   Respondent shall file with this Court and serve upon

11   Petitioner, within sixty (60) days of the issuance of this Order,

12   an answer conforming in all respects to Rule 5 of the Rules

13   Governing Section 2254 Cases, showing cause why a writ of habeas

14   corpus should not be issued.  Respondent shall file with the answer

15   a copy of all portions of the state trial record that have been

16   transcribed previously and that are relevant to a determination of

17   the issues presented by the petition.

18   If Petitioner wishes to respond to the answer, he shall do so

19   by filing a traverse with the Court and serving it on Respondent

20   within thirty (30) days of his receipt of the answer.  Otherwise,

21   the petition will be deemed submitted and ready for decision thirty

22   days after the date Petitioner is served with Respondent's answer.

23   Petitioner is reminded that all communications with the Court,

24   whether by way of formal legal motions or informal letters, must be

25   served on Respondent by mailing a true copy of the document to

26   Respondent's counsel.

27

28

2

**United States District Court**
For the Northern District of California

1    Extensions of time are not favored, though reasonable

2 extensions will be granted.  Any motion for an extension of time

3 must be filed no later than <u>seven (7) days</u> prior to the deadline

4 sought to be extended.

5    IT IS SO ORDERED.

6 Dated:  6/30/09



7                                       CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMMY BELL,

            Plaintiff,

   v.

BOB HOREL et al,

            Defendant.

_____/

Case Number: CV08-01493 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michele Joette Swanson
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco,  CA 94102-7004

Tommy  Bell V-09957
3A05-141
Corcoran State Prison
P.O. Box 3461
Corcoran,  CA 93212

Warden
Corcoran State Prison
P.O. Box 8800
Corcoran,  CA 93212

Dated: June 30, 2009

                         Richard W. Wieking, Clerk
                         By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

4